NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE GOVERNMENT OF QUEBEC, MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO., THE GOVERNMENT OF CANADA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

**THE GOVERNMENT OF ONTARIO**
*Defendant*

---

2022-1807

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00168-GSK, 1:20-cv-00170-GSK, and 1:20-cv-00172-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before STOLL, *Circuit Judge*.

**O R D E R**

Appellants state their intent to file a combined principal brief and move unopposed for an extension of time to file that brief and for leave to expand the word limit for that brief by 4,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Appellants' combined opening brief, not to exceed 18,000 words, is due within 28 days of the date of filing of this order.

FOR THE COURT

July 28, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court