NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE GOVERNMENT OF QUEBEC, MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO., THE GOVERNMENT OF CANADA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

**THE GOVERNMENT OF ONTARIO**
*Defendant*

---

2022-1807

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00168-GSK, 1:20-cv-00170-GSK, and 1:20-cv-00172-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge*.

**O R D E R**

The United States moves unopposed for an extension of time for the filing of the response briefs and to expand the word limit for each of those briefs by 4,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the response briefs, not to exceed 18,000 words each, are due no later than November 18, 2022.

FOR THE COURT

September 30, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court