NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE GOVERNMENT OF QUEBEC, MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO., THE GOVERNMENT OF CANADA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

**THE GOVERNMENT OF ONTARIO,**
*Defendant*

---

2022-1807

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00168-GSK, 1:20-cv-00170-GSK, and 1:20-cv-00172-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

**O R D E R**

Appellants submit an unopposed motion to expand the word limit for their joint reply brief by an additional 900 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The due date for the reply brief is stayed pending the court's consideration of the motion.

FOR THE COURT

January 10, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court