NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE GOVERNMENT OF QUEBEC, MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO., THE GOVERNMENT OF CANADA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

**THE GOVERNMENT OF ONTARIO,**
*Defendant*

---

2022-1807

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00168-GSK, 1:20-cv-00170-GSK, and 1:20-cv-00172-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before TARANTO, *Circuit Judge*.

**O R D E R**

Appellants move unopposed to file a single joint reply brief that exceeds the word limit by 900 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Appellants' joint reply brief, not to exceed 7,900 words, is due no later than 14 days from the date of filing of this order.

FOR THE COURT

January 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court