December 13, 2023

**wiley**

Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel: 202.719.7000

wiley.law

Jarrett B. Perlow
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: Court No. 22-1807, *Government of Québec. v. United States*: Response to Notice of Supplemental Authority

Dear Mr. Perlow:

On behalf of Defendant-Appellee the Wind Tower Trade Coalition ("WTTC"), we respond to the notice of supplemental authority filed by Plaintiff-Appellants Marmen Inc., Marmen Énergie Inc., Marmen Energy Co., the Government of Canada, and the Government of Québec. (collectively "Appellants") on December 12, 2023, ECF No. 97, regarding *Mosaic Co. v. United States,* CIT Consol. Ct. No. 21-00116.

The citation that Appellants provide is not a proper supplemental authority because it is not "pertinent and significant" as required by Federal Rule of Appellate Procedure 28(j). Appellants cite a lower court decision that is not binding on this Court. WTTC also notes that the cited decision does not involve any of the Canadian subsidy programs at issue in this case; further, in remanding the Department of Commerce's ("Commerce") determination that a Moroccan tax program was *de facto* specific, the cited decision noted that the case underlying the present appeal involves distinguishable facts. The cited decision in no way disturbs the Commerce determination underlying this appeal; moreover, as explained in the WTTC's response brief and that of the Department of Justice, Commerce's specificity finding in this case was correct.

Respectfully submitted,

*/s/ Robert E. DeFrancesco, III*
Alan H. Price, Esq.
Robert E. DeFrancesco, III, Esq.
Maureen E. Thorson, Esq.
Laura El-Sabaawi, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to the Wind Tower Trade Coalition*

cc: All counsel of record (by CM/ECF)