NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE GOVERNMENT OF QUEBEC, MARMEN INC., MARMEN ENERGIE INC., MARMEN ENERGY CO., THE GOVERNMENT OF CANADA,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, WIND TOWER TRADE COALITION,**
*Defendants-Appellees*

**THE GOVERNMENT OF ONTARIO,**
*Defendant*

---

2022-1807

---

Appeal from the United States Court of International Trade in Nos. 1:20-cv-00168-GSK, 1:20-cv-00170-GSK, 1:20-cv-00172-GSK, Judge Gary S. Katzmann.

---

**ON MOTION**

---

Before LOURIE, PROST, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

    The United States moves unopposed for leave for Robert Kiepura to substitute for Joshua E. Kurland as principal counsel in the above-captioned appeal.

    Upon consideration thereof,

    IT IS ORDERED THAT:

    The motion is granted.

FOR THE COURT

February 8, 2024
Date

Jarrett B. Perlow
Clerk of Court